UNITED STATES COURT OF INTERNATIONAL TRADE            FORM 8A
BEFORE: HON. TIMOTHY C. STANCEU, SENIOR JUDGE

| | | |
|---|---|---|
| PACIFIC WORLD CORPORATION, | : | Court Nos. 08-00151, 08-00152, |
| | : | 08-00437, 09-00047, 09-00048, |
| Plaintiff, | : | 09-00049, 09-00167, 09-00168, |
| | : | 09-00169, 09-00466, 10-00128, |
| v. | : | 10-00314, 11-00290, 13-00342, |
| | : | 14-00186 |
| UNITED STATES, | : | |
| | : | Suspension Disposition Calendar |
| Defendant. | : | |

## STIPULATION OF DIMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule, hereby dismisses this action and those listed on the attached schedule with prejudice.

Dated: July 10, 2023

By:    /s/Michael Roll                             BRIAN M. BOYNTON
        MICHAEL ROLL                           Principal Deputy Assistant Attorney General
        Roll & Harris LLP
        2121 Avenue of the Stars, Ste 800      PATRICIA M. McCARTHY
        Los Angeles, CA 90067                    Director
        Tel:  310-294-9501
        *Attorney for Plaintiff*                      /s/ Justin R. Miller
                                                              JUSTIN R. MILLER
                                                              Attorney-In-Charge
                                                              International Trade Field Office

                                                              /s/ Luke Mathers
                                                              LUKE MATHERS
                                                              Trial Attorney
                                                              Department of Justice, Civil Division
                                                              Commercial Litigation Branch
                                                              26 Federal Plaza – Suite 346
                                                              New York, New York 10278
                                                              Tel. (212) 264-9230
                                                              *Attorneys for Defendant*

Schedule to Stipulation of Dismissal

| Court Numbers | Plaintiff Name |
|---|---|
| 08-00151 | Pacific World Corporation |
| 08-00152 | Pacific World Corporation |
| 08-00437 | Pacific World Corporation |
| 09-00047 | Pacific World Corporation |
| 09-00048 | Pacific World Corporation |
| 09-00049 | Pacific World Corporation |
| 09-00167 | Pacific World Corporation |
| 09-00168 | Pacific World Corporation |
| 09-00169 | Pacific World Corporation |
| 09-00466 | Pacific World Corporation |
| 10-00128 | Pacific World Corporation |
| 10-00314 | Pacific World Corporation |
| 11-00290 | Pacific World Corporation |
| 13-00342 | Pacific World Corporation |
| 14-00186 | Pacific World Corporation |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed with prejudice.

Dated: _____          Clerk, U.S. Court of International Trade


By: _____
Deputy Clerk